PD-0174-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/24/2015 7:18:55 PM
Accepted 3/25/2015 2:55:56 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
# OF THE STATE OF TEXAS

## PD-0174-15

| | | |
|---|---|---|
| **CHARLES HENRY JONES,** | § | |
| *Appellant* | § | On Petition for Review of |
| v. | § | No. 01-13-00984-CR |
| | § | Court of Appeals |
| | § | First District of Texas |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |

## PETITIONER/APPELLANT'S MOTION TO EXTEND TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Charles Henry Jones, moves for an extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I. LOWER COURT PROCEEDINGS

Judgment in this case was entered on October 29, 2013. The court of appeals affirmed on January 13, 2015. No motion for rehearing was filed.

### II. PROCEEDINGS IN THIS COURT

Mr. Jones's petition was due on March 16, 2015. One previous extension has been requested. The petition and appendix were filed today, March 24, 2015.

### III. REASONS FOR REQUEST

Since the first extension in this case, counsel has been working diligently to catch up on her docket after missing nearly a month of work due to recurrent medical problems and multiple doctors' appointments and tests. Counsel has reassigned some

of her cases to other attorneys in the office, and has completed and filed a brief in the case of *Reginald Turon Hill v. State*, Cause No. 14-14-00376-CR, which was subject to abatement. Counsel also is working to complete a petition for discretionary review in *Michael Jermaine Williams v. State*, PD-0096-15, which was due today and will be filed tomorrow, March 25, 2015. Counsel also has deadlines in the next three weeks for the following: petition for discretionary review in *John Elsworth Combest v. State*, Cause No. 01-13-00712-CR; brief in *In re M.I.S.*, Cause No. 01-14-00684-CV, and brief in *Nomathemba Y. Sitawisha v. State*, Cause No. 01-14-00848-CR.

## IV. FILING OF MOTION

In the exercise of due diligence, counsel could not complete Mr. Jones's petition by the deadline. This motion is not filed for purposes of delay, but so justice may be done.

## PRAYER

Mr. Jones respectfully requests that this motion be granted and that the Court permit an extension of time until March 24, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**CHARLES HENRY JONES**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Petition was served by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney on March 24, 2015.

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**